In re FONDA, J. & G. R. CO. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) In the matter of the application of the Fonda, Johnstown & Gloversville Railroad Company, under section 174 of the Railroad Law (Consol. Laws, c. 49), for the appointment of three commissioners to determine whether a street surface railroad ought to

be constructed and operated by the applicant in, over, through, and upon the surface of Leslie street, in the city of Amsterdam, N. Y. No opinion. Application granted, and the following commissioners appointed: Hon. Joseph L. Moore, of Ft. Plain; B. Frank Diefendorf, of Canajoharie; and James A. Smeallie, of Amsterdam.